Alias EDWARD WILLIAMS, Alias EDWARD O'KEEFE, Alias EDWARD HERBERGER, Appellant.— Judgment of conviction reversed upon the law and the facts, and a new trial granted. We are of opinion that the identity of the defendant was not established beyond a reasonable doubt by reason of the faltering testimony of the People's witnesses. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

ELLEN J. SODEN, Respondent, v. FRANK McELROY, Appellant.— Upon reargument, order affirmed. No opinion. Manning, Kelby and Young, JJ., concur; Kelly, P. J., dissents, being of opinion that in this action for breach of promise, in the exercise of discretion the justice at Special Term should have granted defendant's motion to set aside the order for his examination before trial, on authority of *Goldberg* v. *Goldberg* (184 App. Div. 949) and *Wessel* v. *Schwarzler, No. 1* (144 id. 587), with whom Kapper, J., concurs.

THOMAS W. TANNOCK, Respondent, v. CHARLES Ross, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

BERNARD D. BARNETT, as Trustee in Bankruptcy of the MORRISON LAND COMPANY, INC., Appellant, v. ARCHIBALD W. J. POHL and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

COMMONWEALTH FUEL Co., INC., Respondent, v. THE POWPIT Co., INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JAMES CONLAN, SR., as Guardian ad Litem of JAMES CONLAN, JR., an Infant, Respondent, v. TURN VEREIN OF BROOKLYN, EASTERN DISTRICT, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JAMES CONLAN, SR., Respondent, v. TURN VEREIN OF BROOKLYN, EASTERN DISTRICT, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

LILBURN R. Cox, Respondent, v. REUBEN COHEN, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

ANNA FINCH, Appellant, v. FLORENCE M. FALK, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

EARL G. FOWLER, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

CHARLES D. GRISWOLD, Plaintiff, v. HARRY D. HERRON, Respondent. ROBERT H. KOEHLER, an Attorney, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect his appeal by serving and filing a printed record containing the evidence taken before the referee, exclusive of the documentary